IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BBG, INC., | § | |
| *Plaintiff* | § § § | |
| vs | § § | CIVIL ACTION NO. 3:23-cv-1874 |
| RABIN MARK LAWSON | § § § | |
| *Defendants*. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Under 28 U.S.C. § 1446(a) and Local Rule CV-81.1, Defendant Rabin Mark Lawson ("Lawson") files this Notice of Removal, hereby removing this action from the 191st Judicial District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas. Removal is based on diversity jurisdiction because there is complete diversity between Plaintiff BBG, Inc. ("BBG") and Lawson, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. In support of his Notice of Removal, Lawson respectfully shows the Court as follows:

### INTRODUCTION

Lawson worked for BBG for approximately 4.5 years. In June 2023, he resigned. BBG has accused Lawson of breaching a non-compete agreement, violating the Texas Uniform Trade Secrets Act, and breaching fiduciary duties. Lawson denies the allegations.

On July 24, 2023, BBG filed its Original Petition and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction in the 191st Judicial District Court of Dallas County, Texas, naming Lawson – a South Carolina resident – as the sole defendant. *Ex. #3*. A TRO hearing was held on July 26, 2023 and then BBG filed an amended

petition. Via his attorney, Lawson accepted service of Plaintiff's amended petition on July 28, 2023. Accordingly, this Notice of Removal is being filed within thirty (30) days of service of Plaintiff's Amended Petition on Defendant and is thus timely filed under 28 U.S.C. § 1446(b).

**BASIS FOR REMOVAL**

I. Complete Diversity of Citizenship

Removal is proper because there is complete diversity between the parties. *See* 28 U.S.C. § 1332(a). BBG is a corporation with its principal place of business in Dallas, Texas. *See Plaintiff's Amended Petition*, *Ex. #3-H,*[1] *¶ 3*. As alleged in the petition, Lawson resides in South Carolina. *Id.*, ¶ 4. His residence is 112 Starboard Tack, Greenwood, South Carolina 29649. He has a South Carolina driver's license. *Ex. #4*.

II. The Amount in Controversy Exceeds $75,000

Generally, the amount in controversy for purposes of establishing federal jurisdiction should be determined by the plaintiff's petition. *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1411-12 (5th Cir. 1995). Here, Lawson can demonstrate that it is facially apparent from Plaintiff's First Amended Petition and from the facts in the underlying case that the amount in controversy exceeds $75,000. The petition states that BBG "seeks monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorneys' fees and costs." *Ex. #3-H, ¶ 2*.[2] BBG also indicates that it is seeking to recover exemplary damages. *Id., ¶¶ 40, 48, 56*.[3]

When determining the amount in controversy for purposes of diversity jurisdiction, a federal court may include the claim for attorney's fees and exemplary damages. *Centennial Bank*

---

[1] Page 48 (of 141) in Exhibit #3.

[2] Page 48 (of 141) in Exhibit #3.

[3] Pages 58, 59, and 62 (of 141) in Exhibit #3.

2

*v. Bank of Am. N.A.*, c.a. no. 4:22-cv-02360, 2022 U.S. Dist. LEXIS 227416, *7-8 (S.D. Tex. Oct. 26, 2022); *see also Rapp v. Sine*, c.a. no. 4:20-cv-00230-P, 2020 U.S. Dist. LEXIS 166486, *6-8 (N.D. Tex. Sept. 11, 2020). Texas law allows for exemplary damages of at least $200,000. *See* TEX. CIV. PRAC. & REM. CODE § 41.008(b). Therefore, even disregarding any actual damages and attorneys' fees, based on exemplary damages alone Lawson has shown from the face of the petition that the amount in controversy exceeds $75,000.

In addition, to any extent the face of the amended petition is unclear as to the amount in controversy, it should also be noted that the state court allowed expedited discovery, and the parties did in fact engage in such expedited discovery. This included both parties responding to interrogatories, requests for production of documents, Lawson's deposition, and a forensic analysis of various flash drives requiring attorneys to review numerous files and documents. *See Ex. #5*. The TUTSA and breach of contract claims may allow for the recovery of attorney's fees. *See* TEX. CIV. PRAC. & REM. CODE § 134A.005 and § 38.001. Given the volume of work discovery conducted to-date, it is likely that the amount in controversy for potential attorneys' fees will add to the possible value of BBG's claims. Accordingly, Lawson has shown that the amount in controversy exceeds $75,000.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

Under Local Rule 81.1, Lawson is concurrently filing with this Notice of Removal, a completed civil cover sheet, supplemental civil cover sheet, and Defendant's Certificate of Interested Persons. In total, the following exhibits are attached:

Exhibit #1 – Index of all documents filed in the state court action

Exhibit #2 – State court docket sheet

Exhibit #3 – Each document filed in the state court action

Exhibit #4 – Mark Lawson's driver's license

Exhibit #5 – Evidence of discovery conducted

Exhibit #6 – Civil cover sheet

Exhibit #7 – Supplemental civil cover sheet

Under 28 U.S.C. § 1446(d), Lawson will serve written notice of the filing of this Notice of Removal on Plaintiff and will file a true and correct copy of this Notice of Removal with the Court Clerk of the 191st Judicial District Court of Dallas County, Texas.

## PRAYER AND RELIEF REQUESTED

Defendant Mark Lawson respectfully requests that the above-styled action now pending in the 191st Judicial District Court of Dallas County, Texas be removed to the United States District Court for the Northern District of Texas, Dallas Division. Defendant requests all such other and further relief to which it is justly entitled.

Respectfully submitted,

SUD LAW P.C.

*/s/ Nitin Sud*
Nitin Sud
State Bar No. 24051399
6750 West Loop South
Suite 920
Bellaire, TX 77401
Phone: 832-623-6420
Fax: 832-304-2552
Email: nsud@sudemploymentlaw.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that Defendant's Notice of Removal was served on the following attorneys via email on August 21, 2023:

Kristopher Hill
khill@bellnunnally.com

John Fugitt
jfugitt@bellnunnally.com

Sydnie Shimkus
sshimkus@bellnunnally.com

*/s/ Nitin Sud*
Nitin Sud