IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BBG, INC., | § | |
|---|---|---|
| *Plaintiff* | § § § | |
| vs | § § | CIVIL ACTION NO. 3:23-cv-1874 |
| RABIN MARK LAWSON | § § § | |
| *Defendants*. | § | |

## INDEX OF ALL ITEMS FILED IN STATE COURT

Under Local Rule CV-81.1, Defendant Rabin Mark Lawson ("Lawson") files the following index of all documents filed in state court in support of his Notice of Removal:

| **Exhibit** | **Document** | **Date** |
|---|---|---|
| 3-A | Plaintiff's Original Petition & Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction | 7/24/2023 |
| 3-B | Proposed Temporary Restraining Order | 7/24/2023 |
| 3-C | Citation | 7/28/2023 |
| 3-D | Notice to Show Cause | 7/28/2023 |
| 3-E | Notice of Hearing for TRO | 7/28/2023 |
| 3-F | Plaintiff's Motion for Expedited Discovery | 7/25/2023 |
| 3-G | Proposed Order Granting Plaintiff's Motion for Expedited Discovery | 7/25/2023 |
| 3-H | Plaintiff's First Amended Petition & Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction | 7/26/2023 |
| 3-I | Proposed Temporary Restraining Order | 7/26/2023 |
| 3-J | Temporary Restraining Order | 7/27/2023 |
| 3-K | Order Granting Plaintiff's Motion for Expedited Discovery | 7/27/2023 |
| 3-L | Receipt of bond deposited | 7/28/2023 |
| 3-M | Joint Motion for Entry of Confidentiality and Protective Order | 7/31/2023 |
| 3-N | Joint Motion to Extend Temporary Restraining Order and for Continuance of Temporary | 8/2/2023 |

|      | Injunction Hearing |           |
|------|--------------------|-----------|
| 3-O  | Agreed Order Extending TRO | 8/2/2023 |
| 3-P  | Rule 11 Agreement | 8/2/2023 |
| 3-Q  | Plaintiff's Motion to Compel Defendant's Deposition | 8/10/2023 |
| 3-R  | Defendant's Original Answer and Affirmative Defenses | 8/16/2023 |