## Case Information

DC-23-10050 | BBG, INC. vs. RABIN MARK LAWSON

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| DC-23-10050 | 191st District Court | SLAUGHTER, GENA |
| File Date | Case Type | Case Status |
| 07/24/2023 | OTHER (CIVIL) | OPEN |

## Party

**PLAINTIFF**
BBG, INC.

Active Attorneys ▼
Lead Attorney
HILL, KRISTOPHER DENNIS
Retained

**DEFENDANT**
LAWSON, RABIN MARK

Active Attorneys ▼
Lead Attorney
SUD, NITIN
Retained

## Bond

| Bond Type | Bond Number | Bond Amount | Current Bond Status |
|---|---|---|---|
| TRO CASH BOND | | $5,000.00 | POSTED |

## Events and Hearings

07/24/2023 NEW CASE FILED (OCA) - CIVIL

07/24/2023 ORIGINAL PETITION

ORIGINAL PETITION

07/24/2023 NON-SIGNED PROPOSED ORDER/JUDGMENT

TEMPORARY RESTRAINING ORDER

07/24/2023 ISSUE CITATION

ISSUE CITATION - RABIN MARK LAWSON

Comment
FIRST AMENDED PETITION

07/24/2023 ISSUE NOTICE

ISSUE NOTICE - RABIN MARK LAWSON

07/24/2023 ISSUE TRO

ISSUE TRO - RABIN MARK LAWSON

07/25/2023 MOTION - MISCELLANOUS

PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Comment
MOTION FOR EXPEDITED DISCOVERY

07/25/2023 NON-SIGNED PROPOSED ORDER/JUDGMENT

Comment
PLAINTIFF'S PROPOSED ORDER FOR EXPEDITED DISCOVERY

07/26/2023 TRO HEARING

ORIGINAL PETITION

TEMPORARY RESTRAINING ORDER

Judicial Officer
SLAUGHTER, GENA

Hearing Time
10:00 AM

Comment
**ZOOM- TRO- TONYA 312-576-9030

07/26/2023 AMENDED PETITION

AMENDED PETITION/1ST

Comment
1ST

07/26/2023 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER/TRO

Comment
PROPOSED ORDER/TRO

07/27/2023 ORDER - TEMPORARY RESTRAINING ▾

ORDER - TEMPORARY RESTRAINING

07/27/2023 ORDER - MISC. ▾

ORDER -EXPEDITE DISCOVERY

Comment
EXPEDITE DISCOVERY

07/28/2023 BOND FILED

07/28/2023 TRUST RECEIPT ▾

TRUST RECEIPT

07/28/2023 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
RABIN MARK LAWSON

07/28/2023 NOTICE ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
RABIN MARK LAWSON

07/28/2023 TEMPORARY RESTRAINING ORDER ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
RABIN MARK LAWSON

07/31/2023 MOTION - ENTER ORDER

JOINT MOTION FOR ENTRY OF CONFIDENTIALITY & PROTECTIVE ORDER

    Comment
    JOINT/ OF CONFIDENTIALITY & PROTECTIVE ORDER

08/02/2023 MOTION - EXTEND

JOINT MOTION TO EXTEND TRO AND FOR CONTINUANCE OF TEMP INJUNCTION

    Comment
    JOINT/ TRO AND FOR CONTINUANCE OF TEMP INJ

08/02/2023 NON-SIGNED PROPOSED ORDER/JUDGMENT

PROPOSED AGREED ORDER EXTENDING TRO

    Comment
    PROPOSED AGREED ORDER EXTENDING TRO

08/02/2023 RULE 11

    Comment
    RE PROTECTIVE ORDER

08/02/2023 ORDER - EXTEND TRO

08/07/2023 NON-SIGNED PROPOSED ORDER/JUDGMENT

    Comment
    CONFIDENTIALY AND PROTECTIVE ORDER

08/10/2023 Status Conference

Judicial Officer
SLAUGHTER, GENA

Hearing Time
1:30 PM

Comment
**ZOOM- SET VIA EMAIL

08/10/2023 MOTION - COMPEL

PLAINTIFF'S MOTION TO COMPEL

08/16/2023 ORIGINAL ANSWER - GENERAL DENIAL ▾

ORIGINAL ANSWER

08/23/2023 Temporary Injunction ▾

Judicial Officer
SLAUGHTER, GENA

Hearing Time
10:30 AM

Comment
**IN PERSON- SEE TRO

# Financial

BBG, INC.

|  |  |
|---|---:|
| Total Financial Assessment | $379.00 |
| Total Payments and Credits | $379.00 |

| Date | Description | Receipt | Payer | Amount |
|---|---|---|---|---:|
| 7/25/2023 | Transaction Assessment | | | $374.00 |
| 7/25/2023 | CREDIT CARD - TEXFILE (DC) | Receipt # 48340-2023-DCLK | BBG, INC. | ($237.00) |
| 7/25/2023 | STATE CREDIT | | | ($137.00) |
| 7/28/2023 | Transaction Assessment | | | $5.00 |
| 7/28/2023 | PAYMENT (CASE FEES) | Receipt # 49157-2023-DCLK | sydnie s buechele | ($5.00) |

# Documents

ORIGINAL PETITION
TEMPORARY RESTRAINING ORDER
PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY
AMENDED PETITION/1ST
PROPOSED ORDER/TRO
ORDER - TEMPORARY RESTRAINING
ORDER -EXPEDITE DISCOVERY
ISSUE CITATION - RABIN MARK LAWSON
ISSUE TRO - RABIN MARK LAWSON

ISSUE NOTICE - RABIN MARK LAWSON

JOINT MOTION FOR ENTRY OF CONFIDENTIALITY & PROTECTIVE ORDER

JOINT MOTION TO EXTEND TRO AND FOR CONTINUANCE OF TEMP INJUNCTION

PROPOSED AGREED ORDER EXTENDING TRO

TRUST RECEIPT

PLAINTIFF'S MOTION TO COMPEL

ORIGINAL ANSWER

Case 3:23-cv-01874-L   Document 1-2   Filed 08/21/23   Page 6 of 6   PageID 13